UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| **CRITERION TECHNOLOGIES, INC.,** | Case No. C-1-01-758 |
| **Plaintiff,** | (Judge Beckwith) |
| -v- | |
| **CINCOM SYSTEMS, INDIA (P) LTD., et al.,** | **STIPULATED ENTRY OF DISMISSAL WITH PREJUDICE** |
| **Defendants.** | |

All matters in controversy herein having been settled and resolved, it is hereby stipulated by counsel for all parties hereto, this action and all claims asserted herein shall be, and hereby are, dismissed with prejudice. Costs shall be borne by Plaintiff.

Dated: September 18, 2003

| | |
|---|---|
| /S/ Kenneth G. Hawley per tel. auth. 9/12/03 | /S/ James E. Burke |
| Kenneth G. Hawley (0031772) | James E. Burke (0032731) |
| 1400 Fourth & Race Tower | Daniel J. Donnellon (0036726) |
| 105 West Fourth Street | Karen Kreider Gaunt (0068418) |
| Cincinnati, Ohio 45202 | 1400 Provident Tower |
| Tel: (513) 721-4505 | One East Fourth Street |
| Fax: (513) 721-0519 | Cincinnati, Ohio 45202 |
| kenhawley@psybersoft.com | Tel: (513) 579-6429 |
| Counsel for Plaintiff | Fax: (513) 579-6457 |
| | jburke@kmklaw.com |
| | ddonnellon@kmklaw.com |
| | kgaunt@kmklaw.com |
| | Counsel for Defendants |

1149076.1